James Cai, SBN 200189
Judith H. Pearce, SBN 100016
FORTUNE LAW GROUP LLP
100 Century Center Court, Suite 315
San Jose, California 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Defendants and Cross Complainants
BARRY GOLDINE and BIGWHEELS.NET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS KANTEMIROV,<br><br>    Plaintiff,<br><br>v.<br><br>BARRY GOLDINE, BIGWHEELS.NET,<br><br><br>    Defendants. | Case No.:<br><br>Complaint Filed: March 2, 2005<br><br>NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(B)<br>(Federal Question Jurisdiction) |

TO THE CLERK OF THE ABOVE-ENTTLED COURT:

Please take notice that Defendant Barry Goldine hereby gives notice of removal of above-captioned action from the Superior Court of California, County of Santa Clara, Case No. 105CV036575, to the United States District Court, Northern District of California, and states:

1. On or about March 2, 2005, a civil action was commenced in the Superior Court of California for the County of Santa Clara by the filing of a complaint entitled *Boris Kantemirov v. Barry Goldline, d/b/a BigWheels.net, and Does 1-25*, Case No. 105CV036575 ("the State Action") in the files of said court.

2. On or about March 8, 2005, a copy of the Summons and Complaint in the State Action was served on Barry Goldine. A true and correct copy of the Summons and Complaint are attached hereto as Exhibit A, together with all of the papers and pleadings served on Defendant in the State Action.

3. <u>Federal Question Jurisdiction</u>.  Plaintiff Boris Kantemirov violates Defendant Barry Goldine's exclusive rights under § 106 of the Copyright Act of 1976, 17 U.S.C. § 106, and constitute infringement of Barry Goldine's copyrights. Based on the foregoing facts, this Court has original jurisdiction over the above-described action pursuant to 28 U.S.C. § 1331, and it is removable pursuant to 28 U.S.C. § 1441(b).

4. Written notice of the filing of this Notice of Removal will be served on Plaintiff's counsel.

5. A true and correct copy of this Notice of Removal will be filed with the clerk of the Superior Court for the State of California, County of Santa Clara.

6. In that this Notice of Removal is filed within 30 days of the receipt by Barry Goldine of the Summons and Complaint, removal of this action is timely. 28 U.S.C. § 14476(b).

WHEREFORE, Defendant Barry Goldine hereby requests that the civil action now pending against him in the Superior Court of California, County of Santa Clara, be removed to this Court as provided by law.

Dated:  April 05, 2005                            FORTUNE LAW GROUP LLP


By: _____
    James Cai
    Attorney for Defendant