James Cai, SBN 200189
Judith H. Pearce, SBN 100061
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, California 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Defendants and Counterclaimant
BARRY GOLDINE, d.b,a. Bigwheels.net

*E-FILED ON 8/10/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS KANTEMIROV,<br><br>          Plaintiff,<br><br>v.<br><br>BARRY GOLDINE, d.b.a. BIGWHEELS.NET,<br><br>          Defendants.<br><br>―――――――――――――――<br>BARRY GOLDINE, d.b.a. BIGWHEELS.NET<br><br>          Counterclaimant,<br><br>v.<br><br>BORIS KANTEMIROV, SKIP LIGHTFOOT, AND DOES 1-25,<br><br>          Cross-Defendants. | Case No.: C-05-01362 HRL<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT BARRY GOLDINE TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT |

   Defendant Barry Goldine ("Defendant") and Plaintiff, Boris Kantemirov ("Plaintiff") through their attorneys of records, hereby stipulate as follows:

   1.   Defendant shall file his responsive pleadings to Plaintiff's Amended Complaint by August 28, 2005 after Defendant's motion to dismiss is heard on August 23, 2005.

2. Plaintiff shall file his answer to Defendant's First Amended Counterclaims by August 28, 2005.

Dated: August 8, 2005                              Schein & Cai LLP


                                                   By:  /s/
                                                      James Cai
                                                      Attorney for Defendant and
                                                      Counterclaimant


Dated: August 8, 2005                              Law Office of Samira Ansari


                                                   By:  /s/
                                                      Samira Ansari
                                                      Attorney for Plaintiff and
                                                      Cross-Defendant

# ORDER

Upon stipulation of the parties, by and through their counsel of record, IT IS HEREBY ORDERED that the Stipulation and Order for Extension of Time for Defendant to File Responsive Pleadings to Plaintiff's Amended Complaint hereby is entered.

Dated: **August 9, 2005**

/s/ Howard R. Lloyd
Hon. Howard R. Lloyd