United States District Court
For the Northern District of California

**\*E-FILED ON 10/4/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BORIS KANTEMIROV,<br><br>    Plaintiff,<br><br>v.<br><br>BARRY GOLDINE, d/b/a/ BIGWHEELS.NET, and DOES 1-25,<br><br>    Defendants.<br>_____/<br>BARRY GOLDINE,<br><br>    Plaintiff,<br><br>v.<br><br>BORIS KANTEMIROV, SKIP LIGHTFOOT and DOES 1-50,<br><br>    Defendants.<br>_____/ | No. C05-01362 HRL<br><br>**INTERIM ORDER (1) GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S EIGHTH CLAIM FOR RELIEF; (2) SETTING SCHEDULE FOR ADDITIONAL BRIEFING; AND (3) CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**[Docket No. 35]** |

Pursuant to Fed.R.Civ.P. 12(b)(6), defendant and counterclaimant Barry Goldine ("defendant") moves to dismiss the fifth through eighth claims for relief asserted in plaintiff Boris Kantemirov's Amended Complaint. Plaintiff failed to file an opposition brief; his counsel appeared at the hearing to state, for the first time, plaintiff's opposition to the motion. Having considered the

papers filed, as well as the arguments presented at the October 4, 2005 hearing, the court issues the following interim order.[1]

   1.   Defendant's motion to dismiss plaintiff's eighth claim for relief for copyright infringement is GRANTED. The Amended Complaint alleges only that Kantemirov "executed a Copyright Application" (*see* Amended Complaint, ¶ 29), and no action apparently has been taken by the Copyright Office with respect to that application. Plaintiff concedes that under 17 U.S.C. § 411(a),[2] the court does not have jurisdiction over this claim at this time. Accordingly, plaintiff's eighth claim for relief is DISMISSED WITHOUT PREJUDICE.

   2.   **No later than October 18, 2005**, the parties shall file briefs addressing the effect – if any – the dismissal of plaintiff's federal copyright claim for lack of jurisdiction has upon this court's ability to adjudicate the parties' remaining claims in this action, and specifically, whether this action must now be remanded to the state court. Unless otherwise ordered by the court, the matter will be deemed submitted upon receipt of the parties' briefs without further oral argument.

   3.   With respect to plaintiff's state law claims for conversion, unjust enrichment and misappropriation of ideas, plaintiff argues that these claims are not preempted by the Copyright Act because he is now claiming at least some rights which are different from those protected under that Act. This court will defer ruling on defendant's motion to dismiss these state law claims pending resolution of the jurisdictional issue noted above.

---

[1] Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties have expressly consented that all proceedings in this matter may be heard and finally adjudicated by the undersigned.

[2] The Copyright Act, provides, in relevant part, that:

> [N]o action for infringement of the copyright in any United States work shall be instituted until preregistration or registration of the copyright claim has been made in accordance with this title. In any case, however, where the deposit, application, and fee required for registration have been delivered to the Copyright Office in proper form and registration has been refused, the applicant is entitled to institute an action for infringement if notice thereof, with a copy of the complaint, is served on the Register of Copyrights. . . .

17 U.S.C. § 411(a).

4. The case management conference currently set for October 25, 2005, 1:30 p.m. is **continued to November 29, 2005, 1:30 p.m. in Courtroom 2**. The parties' Joint Case Management Statement shall be filed **no later than November 22, 2005**.

IT IS SO ORDERED.

Dated: October 4, 2005

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:05-cv-1362 Notice will be electronically mailed to:

2  Samira Ansari     sansari@samiralaw.com,

3  Jingming (James) Cai     jcai@flglawyer.com

4  Timothy E. Herr     candteh@mylawfirm.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.